STATE OF MAINE
CUMBERLAND, SS

SUPERIOR COURT
DOCKET NO. RE-18-75

UNITED STATES OF AMERICA, acting )
through the RURAL HOUSING SERVICE, )
USDA, f/k/a the FARMERS HOME )
ADMINISTRATION )
                 )
          PLAINTIFF )
                 )
          vs. )
                 )
KARINA MAY LEDOUX n/k/a )
KARINA WEYMOUTH )
                 )
        DEFENDANT )

**STIPULATED
JUDGMENT OF FORECLOSURE
AND SALE**

**309 AUSTIN STREET
WESTBROOK MAINE**

**MORTGAGE IN BOOK 26337 PAGE 221**

**TITLE TO REAL ESTATE INVOLVED**

STATE OF MAINE
Cumberland ss Clerk's Office

JUL 09 2018

RECEIVED

2:36 PM

The Plaintiff and Defendant have stipulated to judgment and the Court hereby enters Judgment of Foreclosure and Sale as follows:

1. The Defendant has breached the conditions of the Note and Mortgage dated September 12, 2008 and recorded in the Cumberland County Registry of Deeds in Book 26337 Page 221.

2. As of September 23, 2017, there is due and owing on said Note and Mortgage the following:

        A. Principal in the amount of $168,644.65
        B. Accrued interest in the amount of $61,795.71
        C. Interest Subsidy granted in the amount of $15,317.44
        D. Escrow in the amount of $635.32
        E. Late Fees in the amount of $1,453.17
        F. Fees Assessed in the amount of $21,092.69
        G. Attorney Fees and Costs in the amount of $2,613.30
        H. Interest at the rate of 5.750% per annum after September 23, 2017
        I. Additional expenses and amounts advanced to protect the security
of Plaintiff's mortgage up to and including the date of redemption or sale.

        For a total due of $271,552.28 as of September 23, 2017.

Pursuant to 14 M.R.S. §1602-C(1), post judgment interest is allowed at the rate set forth in the note in the amount of 5.750% per annum.

3. The priorities of the parties who have appeared and the amounts due them are as follows:

*FIRST PRIORITY*: The Mortgage of the Plaintiff dated September 12, 2008 and recorded in the Cumberland Registry of Deeds in Book 26337 Page 221, the balance of which is as set forth in Paragraph 2.

WHEREFORE, it is hereby ORDERED AND DECREED that Judgment of Foreclosure and Sale is hereby entered in favor of the Plaintiff against the Defendant provided that if the Defendant, her heirs and assigns, do not pay to the Plaintiff the amount adjudged to be due under Plaintiff's Mortgage dated September 12, 2008 as set forth in Paragraph 2 above, within one hundred and twenty (120) days from the date of entry hereof as agreed to by the parties, then the Plaintiff shall sell the Defendant's real estate described below free and clear of all interests of the parties in interest joined in the action pursuant to 14 M.R.S. §6321 et seq.

The proceeds from said sale shall be disbursed as follows:

The first $271,552.28 plus interest at the rate of 5.750% per annum after September 23, 2017 plus additional costs, expenses of sale and amounts advanced to protect the security of the Plaintiff's mortgage up to and including the date of sale, to the Plaintiff.

B. Consistent with 14 M.R.S. §6324, any remaining funds to the Defendant or Clerk of the Maine District Court, to be distributed pursuant to statute.

4. The Plaintiff does not seek a deficiency against the Defendant.

5. Pursuant to 14 M.R.S.A. §2401 et seq., the Court finds the following:

A. The names and addresses of all parties to this action:

**PARTIES**                                              **COUNSEL**

1. USDA, Rural Development                               Broderick & Broderick, P.A.
   4300 Goodfellow Blvd. Bldg. 105 FC-215               P. O. Box 5
   St. Louis MO 63120                                   Lincoln ME 04457

2. Karina May Ledoux n/k/a Karina Weymouth              None
   309 Austin Street
   Westbrook ME 04092

B. Docket Number: RE-18-75

C. The Court finds that all parties joined in the action have received notice of the proceedings and that notice was given in accordance with the applicable provisions of the Maine Rules of Civil Procedure and, if the notice was served or given pursuant to an order of a court, including service by publication, that the notice was served or given pursuant to the order.

D. Description of Real Estate:

This Judgment relates to the real estate situate at 309 Austin Street in Westbrook and described in the mortgage deed from Karina May Ledoux dated September 12, 2008 and recorded in the Cumberland County Registry of Deeds in Book 26337 Page 221.

E. Counsel for the Plaintiff shall be responsible for recording a copy of this Judgment in the Registry of Deeds for the county or counties in which the subject property is located and for paying the recording fees.

6. Pursuant to M. R. Civ. P. 54(b), the Court specifically finds that there exists no just reason for the delay in the entry of a final judgment for Plaintiff on its Complaint until final determination of the disposition of the surplus, if any, and the Clerk is specifically directed to enter this Order forthwith as a final judgment.

7. Pursuant to M. R. Civ. P. 79(a), and by specific direction of the Court, this Order may be incorporated by reference on the civil docket.

8. Plaintiff is granted exclusive possession of the real estate mortgaged to it upon expiration of the one hundred and twenty (120) day redemption period agreed to by the parties and the Defendant and all other persons and/or occupants are ORDERED to vacate the real estate at that time if the Defendant has not by that date redeemed the real estate in accordance with statutory procedure. A Writ of Possession shall issue to the Plaintiff or its successors and assigns at public sale for possession of said real estate if it is not redeemed as aforesaid.

Dated: July 9 , 2018

_____
Judge, Maine District Court

Date Entered: June 10 , 2018